# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARBOR COMPANY, A CALIFORNIA
LIMITED PARTNERSHIP; ARBOR
COMPANY, A NEVADA LIMITED
PARTNERSHIP; DARRELL JAMES
GUZY, SR.; AND MARCIA O. GUZY,

Appellants,

vs.

MARY ANN GUZY,

Respondent.

No. 68462

**FILED**

MAY 0 3 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Nathan Tod Young, District Judge
Lansford Levitt, Settlement Judge
Guardian Law Group
Bowen Hall
Heritage Law Group, PC
Van Tassel Law Firm
Douglas County Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

16-13801